FILED

DEC 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HRANUSH KYOLYAN; et al., | No. 08-70276 |
| Petitioners, | Agency Nos.    A075-692-825 |
| | A075-692-828 |
| v. | A095-997-313 |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | ORDER* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued October 12, 2012
Submitted December 5, 2012
Pasadena, California

Before: WARDLAW and NGUYEN, Circuit Judges, and SIMON, District Judge.**

Respondent's unopposed motion to remand is granted. Petitioners' removal

is stayed pending the Board of Immigration Appeals' decision in this matter.

_____

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The Honorable Michael H. Simon, District Judge for the U.S. District
Court for the District of Oregon, sitting by designation.

The parties shall bear their own attorney's fees, costs, and expenses.

**REMANDED.**